FILED
06/08/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

James L Yarbrough

Lamont

Yarbrough

vs

(Full name of defendant(s))

Leasean Watkins

Kavon Latrell Donaldson

Deglance Charles Hatcher

Marion County Kerry J. Forestal

Case Number:

1:21-cv-01597-RLY-MPB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of  United States , and is located at
   (State)

   Jail #1 730 E Washington Ind, In 46202
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
                                                      (Name)

Complaint - 1

is (if a person or private corporation) a citizen of  N/A
(State, if known)
and (if a person) resides at   N/A
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for   No
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) LeaSean Watkins, Kavon Latrell, Delance C Hatcher
2) I was Struck by each Defendent
3) See affidavit
4) Marion county Jail #1 and in dorm 2f
5) See affidavit

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $3,000,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

A change in law See Page 1

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
        OR

☐ Court Trial – I want a judge to hear my case

Dated this June day of 2 20 21.

Respectfully Submitted,

_James Yarbrough_
Signature of Plaintiff

_436213_
Plaintiff's Prisoner ID Number

_Marion County Jail #2_
_730 E Washington St Ind, In 46202_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.